UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CALIFORNIA, STATE OF, | Case No. 23-12392 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CHIYODA MANUFACTURING CORP., and CHIYODA USA CORP., | |
| Defendants. | |
| _____ / | |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff on September 20, 2023, (ECF No. 2), this case is **DISMISSED** with prejudice.

**SO ORDERED**.

Date: October 4, 2023

s/F. Kay Behm
F. Kay Behm
United States District Judge